UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MENACHEM TAUBENFLIEGEL, individually and on
behalf of others similarly situated

JUDGMENT

                  Plaintiff,                  18-cv-1962(ARR)(JO)

   v.

EGS FINANCIAL CARE, INC.,

                  Defendant.
------------------------------------------------------------------X

       An Opinion and Order of Honorable Allyne R. Ross, United States District Court, having been filed on June 21, 2018, granting Defendant's motion to dismiss; denying plaintiff leave to amend his complaint to add a claim under §1692f; and dismissing Plaintiff's complaint in its entirety; it is

       ORDERED and ADJUDGED that Defendant's motion to dismiss is granted; that Plaintiff is denied leave to amend his complaint to add a claim under §1692f; and that Plaintiff's complaint is dismissed in its entirety.

Dated: Brooklyn, New York
         June 25, 2018

                                                     Douglas C. Palmer
                                                   Clerk of Court

                                        By:    */s/Jalitza Poveda*_____
                                                       Deputy Clerk